UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SHANE CATES,

        Plaintiff,

v.

DENNIS IRWIN, *et al.*,

        Defendants.

Case No. C15-0900-JLR

ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's complaint, plaintiff's request to withdraw his complaint, defendants' motions for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's request to withdraw his complaint (Dkt. 45) is DENIED;

(3)     Defendants' motions for summary judgment (Dkts. 38 and 41) are GRANTED ;

(4)     Plaintiff's complaint (Dkt. 8) and this action are DISMISSED with prejudice; and

ORDER GRANTING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT - 1

(5)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 9th day of May, 2016.

_____
JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT - 2